**Order entered November 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01062-CV

### IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## ORDER

By order dated September 25, 2017, the Court directed the Clerk of this Court to transfer the clerk's and supplemental clerk's records from a prior appeal into this appeal. Additional clerk's and reporter's records necessary for this appeal were due November 6, 2017, but have not yet been filed.

Before the Court is appellant's November 6, 2017 motion requesting this Court to make further orders related to the record. In the motion, appellant states the cost of the additional clerk's record is $2,270 and the cost of the requested reporter's record is $5,800. Appellant states he does not have the resources to pay these fees. Because our record does not contain a Statement of Inability to Afford Payment of Court Costs, to the extent that he asks this Court to order the requested additional records filed without payment of the fees, we **DENY** the motion. *See* TEX. R. CIV. P. 145.

Appellant also asserts that the transcript of the hearing held on February 21, 2017 is incomplete.  The reporter's record of this hearing has not yet been filed.  Therefore, we **DENY** the motion without prejudice to filing a motion seeking to correct the reporter's record after it has been filed.

Appellant also asserts that, despite a timely request, the trial court has not filed findings of fact and conclusions of law.  The additional clerk's record has not been filed containing appellant's request for findings of fact and conclusions of law.  Therefore, we **DENY** the motion without prejudice to filing a motion requesting the relief after the additional clerk's record containing the request is filed.

To the extent appellant requests that the Court enforce our prior rulings, we **DENY** the motion.  Appellant may raise these complaints in his brief on the merits.

On the Court's own motion, we **ORDER** the additional clerk's and reporter's record filed **WITHIN FORTY-FIVE DAYS** of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE